**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1998**

In re:  JAMES B. CURRY,

             Petitioner.

On Petition for Writ of Mandamus.  (1:16-cv-02733-JFA)

Submitted:  December 21, 2017             Decided:  December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

James B. Curry, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James B. Curry petitions for a writ of mandamus, alleging that the district court has failed to follow this court's instruction to determine whether he received the magistrate judge's report and recommendation. After this court remanded to the district court to make the determination, the district court found that Curry might not have received the report and recommendation and ordered the district court clerk to resend it to Curry. The district court docket reflects that Curry has received the report and recommendation and filed objections to it. Accordingly, we deny the mandamus petition, the supplemental petitions, and Curry's pending motions to investigate misconduct, to compel, and to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*